CHARLEEN PALUMBO, Respondent, v ROBERT PALUMBO, Appellant.

Submitted January 8, 2005; decided February 17, 2005

Motion for leave to appeal dismissed upon the ground that it does not lie, appellant having previously moved in the Court of Appeals (3 NY3d 765 [2004]) from the same Appellate Division order and Supreme Court judgment from which he currently seeks leave to appeal (*see Selinger v Selinger*, 90 NY2d 842 [1997]). Motion for a stay dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ANDREW H. VAN BUREN, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MARY B. JEANNITON, Respondent.

Submitted February 14, 2005; decided February 17, 2005

Motion by City of New York for leave to appear amicus curiae on the appeals herein granted to the extent that the proposed brief is accepted as filed. Nineteen additional copies of the brief may be filed and two additional copies served within 10 days.

XIAO YANG CHEN, Appellant, v IAN IRA FISCHER, Respondent.

Submitted December 20, 2004; decided February 17, 2005

Motion by Women's Bar Association of the State of New York for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

XIAO YANG CHEN, Appellant, v IAN IRA FISCHER, Respondent.

Submitted December 27, 2004; decided February 17, 2005

Motion by Sanctuary for Families' Center for Battered Women's Legal Services for leave to file an affirmation amicus curiae on the motion for leave to appeal herein granted and the affirmation is accepted as filed.